IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARK T. ETTING,**

    **Plaintiff,**

v.                                          **CASE NO. 4:08-cv-414-MP/AK**

**FLORIDA DEPT. OF CORRECTIONS, et al,**

    **Defendants.**

_____/

## O R D E R

By Order dated January 21, 2009, Plaintiff was directed to file an amended complaint on or before February 13, 2009. (Doc. 10). No amended pleading was filed and an order to show cause was entered to which Plaintiff responded with a motion to appoint counsel. (Doc.12).

Appointment of counsel in a 1983 suit is not a right, it is a privilege and is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner. Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990). Plaintiff should not need help from an attorney to describe in his own words what happened to him, who did it, when and the injuries that resulted. Until he can set forth these basic facts on the appropriate form (which tells him how to set out the facts), the Court will not appoint an attorney nor will the case go forward to service and possibly trial.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion to appoint counsel (doc. 12) is DENIED, and he shall file an

amended complaint on the forms sent to him previously on or before **April 24, 2009,** or it will be recommended that this cause be dismissed for failure to prosecute.

**DONE AND ORDERED** this *7th* day of March, 2009.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**