**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARK T. ETTING,**

    **Plaintiff,**

vs.                                                 **CASE NO. 4:08CV414-MP/AK**

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff was granted leave to proceed in forma pauperis and directed to file a second amended pleading by Order dated May 4, 2009 . (Doc. 16). When no amended pleading was filed, and Order to Show Cause was entered directing a response on or before June 12, 2009. (Doc. 17). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 8 and 14), and has not otherwise prosecuted his lawsuit.

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  *17th* day of June, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No.4:08CV414-MP/AK