IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK T ETTING,

    Plaintiff,

v.                                      CASE NO. 4:08-cv-00414-MP-AK

R COOK, FLORIDA DEPARTMENT
OF CORRECTIONS, F JOHANSON,
LIBERTY CORRECTIONAL INSTITUTION,
WALTER A MCNEIL, J PALMER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The Magistrate filed the Report on June 17, 2009. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the case should be dismissed for Plaintiff's failure to file an amended complaint when ordered to do so, and failure to respond to the order to show cause. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 18) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _17th_ day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge